# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE M. ABREGO, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 16-cv-1131-SMY |
| | ) |
| COMBE INCORPORATED, | ) |
| COMBE PRODUCTS, INC., | ) |
| COMBE LABORATORIES, INC., and | ) |
| COMBE INTERNATIONAL LTD., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that all Plaintiffs' claims have been settled or otherwise resolved, this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** March 31, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

STACI M. YANDLE
United States District Judge